**FILED**

NOV 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. DAVIS, | Case No. C 07-4524 JL |
| Plaintiff, | **ORDER** |
| v. | |
| BOSS/MASC, | |
| Defendants. | |

On October 22, 2007 this Court denied without prejudice Plaintiff's application to file *in forma pauperis* and dismissed his case with leave to amend. The Court ordered Plaintiff to amend his complaint to show whether he exhausted his administrative remedies by filing a timely claim with the Social Security Administration, and received an unfavorable disposition sixty days or less prior to the filing of his complaint, or that there was some other legitimate reason his case should remain in this Court. Plaintiff was ordered to file his amended complaint within thirty days of the date of the order. If Plaintiff failed to file his amended complaint within that time, his case would be dismissed with prejudice. That time expired one week ago.

On October 24, 2007, Plaintiff filed a motion for appointment of counsel. The Court is sympathetic to a plaintiff attempting to navigate the federal court system without an attorney. However, it is impossible for the Court to evaluate the merit of

1  Plaintiff's case without the additional information the Court ordered him to provide. The
2  Court hereby grants Plaintiff an additional 30 days from the date of this order to amend
3  his complaint, that is, until December 31, 2007. The Court will then decide whether to
4  appoint counsel. If Plaintiff fails to amend his complaint within the time allowed, the
5  Court will dismiss his case with prejudice.
6      IT IS SO ORDERED.
7      Date: November 27, 2007

                                   James Larson
                                   Chief Magistrate Judge

15  G:\JLALL\CHAMBERS\CASES\CIVIL\07-4524\Continuance.wpd