1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                   NORTHERN DISTRICT OF CALIFORNIA
10
11  MICHAEL C. DAVIS,                          )     Case No. C 07-4524 JL
                                               )
12              Plaintiff,                     )     ORDER DENYING APPOINTMENT OF
                                               )     COUNSEL (Docket # 6) and granting
13       v.                                    )     application to proceed in forma
                                               )     pauperis (Docket # 2)
14  BOSS/MASC,                                 )
                                               )
15              Defendants.                    )
                                               )
16  _____    )

17
        This Court previously ordered Plaintiff to amend his complaint to indicate whether
18
    he had exhausted his administrative remedies, prior to the Court's deciding whether to
19
    attempt to find volunteer counsel to represent him. Unfortunately, Plaintiff failed to
20
    amend his complaint in a timely manner and the Court must regretfully deny without
21
    prejudice his motion for appointment of counsel at Docket # 6. The Court will not at this
22
    time dismiss the complaint, but will grant the application to proceed in forma pauperis.
23
    Perhaps defense counsel will be able to inform the Court regarding the administrative
24
    process up to this point.
25
        IT IS ORDERED that the application to proceed in forma pauperis is GRANTED
26
    and that the Clerk issue summons.
27
        IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of
28

1  California serve, without prepayment of fees, a copy of the complaint, any amendments,
2  scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.
3      IT IS SO ORDERED.
4      Date: January 8, 2008

*/s/ James Larson*
James Larson
Chief Magistrate Judge

8  G:\JLALL\CHAMBERS\CASES\CIVIL\07-4524\order-grant-2-deny-6.wpd