1/16/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA:

Amend FILED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael C. Davis
    Plaintiff

v.

Boss\MASC — Social Security (Berkeley)
    Defendents

Case No. C07-4524 JL

MOTION FOR RECONCIDERATION:
(Special circumstances)

I Michael C. Davis, Plaintiff is asking this Honorable court for Reconsideration for counselor. I believe that is warrented special circumstances That I would try too point out in this motion. First I would like too point out to the court that I had exhausted all my remedies. (If needed) I would like too this court that I understand the Social security adm. 60 days unfavorable disposition rules. I don't believe that applys in case, because I never had gotten any unfavorable disposition from the S.S.A. at all.. that only applys too people that are trying to get benefits, or voilated any of SSA Laws. I would like to point out too —

this court that I'm not at fault. I'm on SSI also Bosolwasc, (Defendents in this case admits they had returned my $880.00 back too SSA by Law. but SSA claim that Boss didn't give them any money ($880.00) Now, where's the money? I never goten it; SSA and Boss had me running back and forth too each other. I'm sick of it. at one time they had me arrested (SSA) behind this in Washington I had explain this matter When I went to us court. us court droped all charges (they understood) I'm asking this honorable court to reconcider and grant this motion. I belicve special circumstances is onvrented.

Yours truly,

Michael C. G——

And also —
If if it would please the court I would like too have all copies court dates, and proceeding in this case sent to me via us mail...