JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE FORSLUND, SBN CA 154575
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8935
Facsimile: (415) 744-0134
E-Mail: jacqueline.a.forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL C. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>BOSS/MASC ET AL,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 07-04524-JL<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby notifies Plaintiff and this Court that the following Special Assistant U.S. Attorney will appear as counsel of record in the above-captioned case:

///

///

Jacqueline Forslund
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8935
Facsimile: (415) 744-0134
E-Mail: jacqueline.a.forslund@ssa.gov

Respectfully submitted,

DATED: January 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jacqueline Forslund
JACQUELINE FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant