January 28, 2008

Michael C. Davis
2362 Bancroft Way
Berkeley, California 94704

C-07-4524 JL, Michael C. Davis v. Social Security Administration

Dear Mr. Davis:

    Judge Larson received your motion for reconsideration of his order denying your motion for appointment of counsel. Unfortunately, the Court cannot appoint an attorney for everyone who needs to be represented. There are only a limited number of attorneys available to represent clients *pro bono* in civil cases.

    However, there is an office in your area with an attorney who may be able to help you, even if he cannot actually represent you in your case before this Court.

    I recommend that you contact Mr. Kelly Dunn, at the Hawkins Center.

    Mr. Dunn's telephone number at The Hawkins Center is (510) 620-1160.

    I spoke to him about your case and he agreed to talk with you, although he probably will not be able to represent you in court.

Best wishes,


Kathleen Campbell
Career Law Clerk

cc: Kelly Dunn, The Hawkins Center