1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | Assistant United States Attorney

4 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
5 | Telephone: (415) 436-6855
Facsimile:  (415) 436-6927
6 | Email: joann.swanson@usdoj.gov

7 | Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL C. DAVIS,                    )   No. C 07-4524 JL
                                     )
              Plaintiff,             )
                                     )   **NOTICE OF APPEARANCE**
       v.                            )
                                     )
BOSS/MASC,                           )
                                     )
                                     )
              Defendant.             )
_____)

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Joann M. Swanson, AUSA for the federal defendant regarding the above stated case. The Clerk is requested to change the docket sheet and other Court records to reflect that all Orders and communications from the Court in the future to include and be directed to:

Joann M. Swanson, AUSA
U.S. Attorney's Office/Civil Division
450 Golden Gate Ave., 9th Fl.
San Francisco, CA 94102-3495
Telephone:   (415) 436-6855
Facsimile:   (415) 436-6927
Email:       joann.swanson@usdoj.gov

Dated: March 17, 2008                Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                 By:     /s/
                                     JOANN M. SWANSON
                                     Assistant U.S. Attorney
                                     Chief, Civil Division

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF APPEARANCE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

<u> X </u>   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   PERSONAL SERVICE (BY MESSENGER)

____   FEDERAL EXPRESS via Priority Overnight

____   EMAIL

____   FACSIMILE (FAX)

to the party(ies) addressed as follows:

| Michael C. Davis, Pro Se<br>2362 Bancroft Way<br>Berkeley, CA 94704 | Robert Barrer, Esq.<br>BOSS/MASC<br>2065 Kittredge Street, Ste. E<br>Berkeley, CA 94704<br>PH: 510.649.1930   FX: 51.649.0627 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 17, 2008 at San Francisco, California.

      /s/
_____
LILY HO-VUONG
Legal Assistant

Nts of Appearance of Joann Swason
C 0-04524 JL                    2