JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6855
    Facsimile:  (415) 436-6927
    Email: joann.swanson@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL C. DAVIS, | ) | No. C 07-4524 JL |
|         Plaintiff, | ) ) ) | |
|     v. | ) ) | **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| BOSS/MASC, | ) ) ) | |
|         Defendant. | ) ) | |

    The undersigned party hereby consents to the assignment of this case to a United States Magistrate Judge for trial.

Dated: March 17, 2008                   Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                              By:     /s/
                                           JOANN M. SWANSON
                                           Assistant U.S. Attorney
                                           Chief, Civil Division

                                           Attorneys for Federal Defendant

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 X     FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FEDERAL EXPRESS via Priority Overnight

____ EMAIL

____ FACSIMILE (FAX)

to the party(ies) addressed as follows:

| Michael C. Davis, Pro Se<br>2362 Bancroft Way<br>Berkeley, CA 94704 | Robert Barrer, Esq.<br>BOSS/MASC<br>2065 Kittredge Street, Ste. E<br>Berkeley, Ca 94704<br>PH: 510.64931930 FX: 510.649.0627 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 17, 2008 at San Francisco, California.

         /s/ _____
         LILY HO-VUONG
         Legal Assistant