1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN SWANSON
   Assistant United States Attorney
3  Chief, Civil Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-6855

6  Attorneys for Defendant

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10

11  MICHAEL C. DAVIS,              )
                                   )   CIVIL NO. 07-4524
12         Plaintiff,              )
                                   )   DECLARATION OF MICHAEL HANSON
13         v.                      )
                                   )
14  BOSS/MASC,                     )
    Defendant,                     )
15                                 )
    COMMISSIONER OF SOCIAL         )
16  SECURITY,                      )
           Defendant.              )
17  _____

18            DECLARATION OF MICHAEL HANSON

19  I, Michael Hanson, pursuant to 28 U.S.C. § 1746, declare and state as follows:

20      1.   I am a Program Specialist for the San Francisco Regional Office of the Social Security
21           Administration, an agency of the United States of America and, in such capacity, I am
22           authorized to make this affidavit for and on behalf of the Commissioner
23           ("Commissioner") of the Social Security Administration ("SSA") and having personal
24           knowledge of the facts hereinafter stated or having knowledge thereof by reason of the
25           SSA's records kept in the normal course of its business.
26      2.   On May 1, 2000, SSA found that Michael Davis qualified for supplemental security
27           income ("SSI"), with benefits effective December 1999 and continuing.
28

3. Also on May 1, 2000, SSA disbursed an advance benefit payment of $765.00 to the Plaintiff because of a dire need circumstance.

4. On May 2, 2000, SSA certified Plaintiff's SSI benefit payments to Building Opportunities for Self Support (BOSS) as Plaintiff's representative payee, in accordance with 20 C.F.R. § 416.601, et. seq.

5. Thereafter, Plaintiff's SSI benefit payments were made by SSA to BOSS to use on Plaintiff's behalf and for his benefit.

6. For the year 2000, Plaintiff's monthly SSI benefit payment was $766.00 for each of the months from January through September, $540.00 for the month of October, and $0.00 for each of the months, November and December.

7. Plaintiff's eligibility for SSI was suspended effective November 2000 due to his incarceration.

8. On December 8, 2000, a check in the amount of $765.00 was returned to the SSA.

9. The returned check had been intended as payment of Plaintiff's October 2000 SSI benefits.

10. The pertinent data base shows that Plaintiff was underpaid in the amount of $540.00 for October 2000.

11. Plaintiff was not due the full $765.00 SSI benefit payment for October 2000 because of a change in his state of residency to the state of Washington, for which a lower state supplementation rate was payable.

12. Plaintiff's eligibility for SSI terminated effective November 2001 due to his incarceration for 12 continuous months.

13. On March 28, 2004, Plaintiff filed another application for SSI benefits.

14. On June 9, 2004, SSA found that Plaintiff again qualified for SSI benefits, with benefits payable effective April 2004 and continuing.

15. On June 9, 2004, retroactive SSI benefit payments due the Plaintiff for the months of April through June 2004 were forwarded to the Department of Social and Health Services in Olympia, Washington, because Plaintiff had agreed to repay the King County

Department of Social Services for general assistance received while Plaintiff's SSI application was being processed.

16. On June 28, 2004, the Social Security Administration issued an SSI benefit payment of $542.00 to the Plaintiff, including $540.00 in fulfillment of the outstanding underpayment for October 2000.

17. The pertinent United States Treasury Department database shows that this SSI benefit payment check for $542.00 was cashed. (A paper copy of Treasury's online image of the cancelled check is attached as Exhibit 1).

18. On August 18, 2004, SSA issued an SSI benefit payment of $7.00 to Plaintiff in fulfillment of an outstanding underpayment of $1.00 per month for the months of March 2000 through September 2000.

19. No available SSA information or evidence indicates that any other SSI monies paid to BOSS for the Plaintiff were returned to SSA in the year 2000 or later.

20. On July 25, 2005, Plaintiff filed a request for reconsideration, alleging that SSA had not returned $880.00 that BOSS/MASC had returned to SSA when he had left for Seattle, Washington, in the fall of 2000 (Exhibit 2); there is no evidence in SSA's records that SSA ever issued an Initial Determination or other written notice to Plaintiff regarding this matter.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 13th day of March 2008.

*[signature]*

Michael Hanson
Program Specialist
SSI Team
Region IX
Social Security Administration

3

# EXHIBIT 1





081000045

07/06/04

0480192486

BANK OF AMERICA, NA SF2
0159000244 0728 98 FDA
0000015488486  07/02/04

6456420439

# EXHIBIT 2

Case 3:07-cv-04524-JL   Document 23   Filed 03/17/2008   Page 7 of 9

| SOCIAL SECURITY ADMINISTRATION | | TOE 710 | Form Approved OMB No. 0960-0622 |
|---|---|---|---|
| **REQUEST FOR RECONSIDERATION** | | | (Do not write in this space) |

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant) | |
|---|---|---|
| Michael C. Davis | | SSA DISTRICT OFFICE |
| **SOCIAL SECURITY CLAIM NUMBER** | **SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER** | JUL 2 - 2005 BERKELEY, CA |
| 188 52 0413 | — | |
| **SPOUSE'S NAME** (Complete ONLY in SSI cases) | **SPOUSE'S SOCIAL SECURITY NUMBER** (Complete ONLY in SSI cases) | |
| — | — | |

CLAIM FOR (Specify type, e.g., retirement, disability, hospital insurance, SSI, SVB, etc.)
Funds that was returned to SSA by Payee/Anthony W/cut

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
Anthony Alcutt - For Ross - MASC. Payee Service in Berkeley, had returned $880 to SSA when I had left for Seattle, WA in the fall of 2000, But SSA claims no funds was return.

**SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY**
(See the three ways to appeal in the How To Appeal Your Supplemental Security Income Or Special Veterans Benefit Decision Instructions.)
"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review    ☐ Informal Conference    ☒ Formal Conference

**EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH**

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| CLAIMANT SIGNATURE | SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| | ☐ NON-ATTORNEY ☒ ATTORNEY |
| Michael C. D— | If Needed |
| **MAILING ADDRESS** | **MAILING ADDRESS** |
| 344 13th St. #614 | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Oakland | CA | 94612 | | | |

| TELEPHONE NUMBER (Include area code) | DATE | TELEPHONE NUMBER (Include area code) | DATE |
|---|---|---|---|
| (redacted) | 7/21/05 | ( ) - | |

**TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION**
See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☒ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☒ YES ☐ NO |
|---|---|---|---|
| 3. IS THIS REQUEST FILED TIMELY? (If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.) | | | ☒ YES ☐ NO |

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125) | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|
| ☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.125) | |
| ☐ REQUIRED DEVELOPMENT ATTACHED | |
| ☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS | |

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES (ROUTE WITH DISABILITY FOLDER) | ☐ PROGRAM SERVICE CENTER | ☐ DISTRICT OFFICE RECONSIDERATION |
|---|---|---|---|
| | ☐ ODO, BALTIMORE | ☐ OIO, BALTIMORE ☐ OEO, BALTIMORE | ☐ CENTRAL PROCESSING SITE (SVB) |

**NOTE:** Take or mail the signed original to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (7-2003) ef (7-2003) Destroy Prior Editions    Claims Folder

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Declaration of Michael Hanson with Exhibits 1-2.**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

  X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  ___  PERSONAL SERVICE (BY MESSENGER)

  ___  FEDERAL EXPRESS via Priority Overnight

  ___  EMAIL

  ___  FACSIMILE (FAX)

to the party(ies) addressed as follows:

| Michael C. Davis, Pro Se<br>2362 Bancroft Way<br>Berkeley, CA 94704 | Robert Barrer, Esq.<br>BOSS/MASC<br>2065 Kittredge Street, Ste. E<br>Berkeley, CA 94704<br>PH: 510.649.1930   FX: 510.649.0627<br>Website: www-selfsufficiency.org |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 17, 2008 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant