1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CABN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       FAX: (415) 436-6748
6      melissa.k.brown@usdoj.gov

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 MICHAEL C. DAVIS,                )   No. C 07 4524 JL
                                    )
13     Plaintiff,                   )   **NOTICE OF SUBSTITUTION OF**
                                    )   **COUNSEL**
14     v.                           )
                                    )
15 BOSS/MASC,                       )
                                    )
16     Defendant.                   )
                                    )
17 _____)

18 TO THE COURT AND ATTORNEYS OF RECORD:

19     PLEASE TAKE NOTICE that the Federal Defendant hereby substitutes Assistant United

20 States Attorney Melissa K. Brown for Joann M. Swanson, Chief Civil Division, Assistant United

21 States Attorney, as counsel for the Federal Defendant in the above-referenced action.   All future

22 correspondence and pleadings to the United States should be directed to:
       AUSA Melissa K. Brown, United States Attorney's Office, 450 Golden Gate Ave., 9th Floor,
23 Box 36055, San Francisco, CA 94102-3495, Telephone:  (415) 436-6962, Facsimile:  (415)

24 436-6748.

25 DATED: April 23, 2008              Respectfully submitted,
                                      JOSEPH P. RUSSONIELLO
26                                    United States Attorney
                                           s/Melissa Brown
27                                    _____
                                      MELISSA K. BROWN
28                                    Assistant United States Attorney

NOTICE OF SUBSTITUTION OF COUNSEL
C 07 4524 JL