```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELISSA K. BROWN (CABN 203307)
    Assistant United States Attorney
 4      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 5      Telephone: (415) 436-6962
        FAX: (415) 436-6748
 6      melissa.k.brown@usdoj.gov

 7  Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL C. DAVIS, | ) | No. C 07 4524 JL |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| BOSS/MASC, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **April 23, 2008** she caused a copy of **NOTICE OF SUBSTITUTION OF COUNSEL** filed **April 13, 2008**, to be served by U.S. mail upon the person at the place and address(es) stated below, which is the last known address:

**Michael C. Davis
2362 Bancroft Way
Berkeley, CA 94704**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 23, 2008                                     /s/
                                                       MANIK BOWIE
                                                       Legal Assistant