# CIVIL MINUTES

**Chief Magistrate Judge James Larson**          Connie Kuhl - Court Reporter
                                                 10:42-10:45 (2 min)

Date: **April 30, 2008**

Case No: **C07- 4524 JL**

Case Name: **Michael Davis v. Commissioner of Social Security, et al**
Plaintiff  Attorney(s): not present
Defendant Attorney(s): Melissa Brown
Deputy Clerk: **Wings Hom**

**Motions**                                      **RULING:**
1. Deft's mo to dismiss                          Granted, w/ prej
2.
3.
4.
5.
6.

[ ] Case Management Conference -  held [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [X]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen,