JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6855
    Facsimile:  (415) 436-6927

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSS/MASC, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendants. | Case No. C 07-4524 JL<br><br>(~~PROPOSED~~) XXXXXXX ORDER GRANTING FEDERAL DEFENDANT'S MOTION TO DISMISS |

This matter came before the Court on Wednesday, April 30, 2008 on Defendant Commissioner of Social Security Administration's motion to dismiss for lack of subject matter jurisdiction. The Court, having considered the pleadings and documents on filed and the arguments of the parties, and good cause appearing, finds that it lacks subject matter jurisdiction over plaintiff's complaint. Specifically, there is no initial determination or final agency action that is subject to judicial review under the Social Security Act, 42 U.S.C. §§ 401-03. This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 30, 2008

                                                                  *James Larson*
                                                                  JAMES LARSON
                                                              U.S. DISTRICT COURT MAGISTRATE

Proposed Order
C 07-04524 JL