1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10  MICHAEL C. DAVIS,                    )    Case No. C 07-4524 JL
                                        )
11              Plaintiff,              )    DISMISSAL OF DEFENDANT
                                        )    BOSS/MASC
12      v.                              )
                                        )
13  BOSS/MASC,                          )
                                        )
14              Defendants.             )
                                        )
15  _____)

16
17      Plaintiff, Michael Davis, and Defendant BOSS/MASC, having advised the court

that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this
18
cause of action be dismissed with prejudice; provided, however that if any party hereto
19
shall certify to this court, within ninety days, with proof of service thereof, that the
20
agreed consideration for said settlement has not been delivered over, the foregoing
21
order shall stand vacated and this cause shall forthwith be restored to the calendar to
22
be set for trial.
23
24      IT IS SO ORDERED.

Date: May 1,  2008
25
26                              _____
                                        James Larson
27                                  Chief Magistrate Judge

28  G:\JLALL\CHAMBERS\CASES\CIVIL\07-4524\Dismissal-BOSS.wpd