

BOSS

FILED

2008 APR 25 PM 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

### Settlement Agreement between Michael C. Davis and Building Opportunities for Self-Sufficiency (a.k.a. BOSS/MASC)

C 07 - 4524 JL

boona cheema

Jill Knowland, President
Alona Clifton, Vice President
Glenn Clark, 2nd Vice President
Dan Scarola, Treasurer
Devaki Chandra, Secretary

Carmen Angelandretti
Kate DeYoe
Loren Jones
Dori Reed
Wilson Riles
William C. White



    In consideration of Building Opportunities for Self-Sufficiency (a.k.a. BOSS/MASC) issuing a check (Check#: 15419) payable to me in the amount of One Thousand Two Hundred Seventy Four Dollars and Sixty-Three Cents ($ 1,274.63), I, Michael C. Davis, do acknowledge this as full and final payment of any and all funds due me by Building Opportunities for Self-Sufficiency (a.k.a. BOSS/MASC).

    Additionally, I do hereby relinquish any and all past, present, and future claims upon Building Opportunities for Self-Sufficiency (a.k.a. BOSS/MASC) resulting from their execution of duties as my Representative Payee for receipt of funds on my behalf from the Social Security Administration.

_____   4/21/08
Michael C. Davis            Date

_____   4/21/08
robert barrer for            Date
Building Opportunities for Self-Sufficiency
(a.k.a. BOSS/MASC)

TURNING LIVES AROUND

2065 KITTREDGE ST., SUITE E  BERKELEY, CA  94704
TELEPHONE 510.649.1930   FACSIMILE 510.649.0627
WWW.SELF-SUFFICIENCY.ORG